AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:07-CR-57-T-27MAP |
| MARIO MIRANDA PINA | USM Number: 74747-004 |
| | Maria Guzman, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1, 2, and 3__ of the Petition.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Violation of Mandatory Condition by failing to refrain from violation of the law. | August 2, 2006 |
| 2 | Violation of Mandatory Condition by failing to refrain from violation of the law. | August 2, 2006 |
| 3 | Violation of Special Condition by reentering the United States without the written permission of the Secretary for Homeland Security | August 2, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: April 4, 2007

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: April __4th__, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

DEFENDANT: MARIO MIRANDA PINA      Judgment - Page  2  of  2
CASE NUMBER: 8:07-CR-57-T-27MAP

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:  **EIGHT (8) MONTHS.  The sentence imposed in the above cause shall run CONSECUTIVE to the sentence imposed in Case No. 8:06-CR-360-T-27TGW.**

    __X__  The Court makes the following recommendations to the Bureau of Prisons:

1. The Court recommends the defendant be confined at Coleman.

    __X__  The defendant is remanded to the custody of the United States Marshal.

    _____  The defendant shall surrender to the United States Marshal for this district:

        _____ at _____ a.m.    p.m. on _____.

        _____ as notified by the United States Marshal.

    _____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        _____ before 2 p.m. on _____.

        _____ as notified by the United States Marshal.

        _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                                                  UNITED STATES MARSHAL

                       By_____
                                      DEPUTY UNITED STATES MARSHAL